UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN CRONK,<br><br>        Plaintiff,<br><br> v.<br><br>NEVADA MUTUAL INSURANCE COMPANY, et al.,<br><br>        Defendants. | 2:13-CV-00353-PMP-CWH<br><br><br>ORDER |

IT IS ORDERED that the Court will hold a hearing on Plaintiff's Emergency Motion for Temporary Restraining Order (Doc. #5) on Monday, March 25, 2013 at 8:00 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

IT IS FURTHER ORDERED that Defendants shall file a response to Plaintiff's Emergency Motion for Temporary Restraining Order on or before Wednesday, March 20, 2013.

DATED: March 11, 2013

_____
PHILIP M. PRO
United States District Judge