UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BRIAN CRONK,

    Plaintiff,

v.

NEVADA MUTUAL INSURANCE COMPANY, et al.,

    Defendants.

2:13-CV-00353-PMP-CWH

ORDER

    IT IS ORDERED that the Court will hold a hearing on Plaintiff's Emergency Motion for Temporary Restraining Order (Doc. #5) on Monday, March 25, 2013 at 8:00 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

    IT IS FURTHER ORDERED that Defendants shall file a response to Plaintiff's Emergency Motion for Temporary Restraining Order on or before Wednesday, March 20, 2013.

DATED: March 11, 2013

_____
PHILIP M. PRO
United States District Judge