GORDON SILVER
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@Ggordonsilver.com
PUNEET K. GARG
Nevada Bar No. 9811
Email: pgarg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN CRONK, PA-C, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA MUTUAL INSURANCE COMPANY, INC., a Nevada corporation; TREAN CORPORATION, a Minnesota corporation; TREAN REINSURANCE SERVICES, LLC, a Minnesota limited liability company; TREAN UNDERWRITING MANAGERS, LLC, a Minnesota limited liability company; BENCHMARK HOLDING COMPANY, a Minnesota corporation; and DOES I-X and ROE ENTITIES I-X,<br><br>Defendants. | CASE NO. 2:13-cv-00353-PMP-CWH<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Brian Cronk, PA-C ("Plaintiff"), by and through his counsel of record, the law firm of Gordon Silver, hereby gives notice that the above-captioned action is voluntarily dismissed,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103738-001.0001/1901292.doc

1 of 2

without prejudice, against Defendants Nevada Mutual Insurance Company, Inc., Trean Corporation, Trean Reinsurance Services, LLC, Trean Underwriting Managers, LLC and Benchmark Holding Company (collectively "Defendants").

Dated this 24th day of April, 2013.

IT IS SO ORDERED.

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated:  April 25, 2013.

GORDON SILVER

/s/ Puneet K. Garg
ERIC R. OLSEN
Nevada Bar No. 3127
PUNEET K. GARG
Nevada Bar No. 9811
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an employee of Gordon Silver, hereby certifies that on the 24th day of April, 2013, she caused a copy of the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**, to be served electronically to all parties of interest through the Court's CM/ECF system as follows:

Jack Chen Min Juan
Marquis Aurbach Coffing
Email: jjuan@maclaw.com

Cody S. Mounteer
Marquis Aurbach Coffing
Email: cmounteer@maclaw.com

Brian R. Hardy
Marquis Aurbach Coffing
Email: bhardy@maclaw.com

Daniel S. Simon
Email: dsimon@lasvegas.net
dan@danielsimonlaw.com

/s/ Kathryn A. Koehm
An employee of Gordon Silver

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103738-001.0001/1901292.doc

2 of 2